WILLIAM H. BROWN (7623)
BROWN MISHLER, PLLC
330 E. Charleston Blvd., Suite 100
Las Vegas, Nevada 89104
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Kenneth Hall*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH HALL,<br><br>Defendant. | 2:18-cr-00170-APG-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and William H. Brown, Esq., of BROWN MISHLER, PLLC, counsel for defendant Kenneth Hall, that the sentencing hearing currently scheduled for March 19, 2020, at 11:00 a.m., be vacated and continued sixty (60) days to May 19, 2020, or alternatively to a subsequent date and time convenient to the Court.

This Stipulation is entered for the following reasons:

1

1. This is the first requested continuance for sentencing.

2. Defense counsel seeks additional time to research and investigate potential sentencing issues.

3. Defendant is in custody and does not object to the need to continue sentencing.

4. The government agrees to the requested continuance.

This is the first request for a continuance of sentencing.

Date: February 7, 2020

| Counsel for KENNETH HALL | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| /s/ *William Brown*<br>WILLIAM H. BROWN<br>BROWN MISHLER, PLLC | /s/ *Daniel J. Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

WILLIAM H. BROWN (7623)
BROWN MISHLER, PLLC
330 E. Charleston Blvd., Suite 100
Las Vegas, Nevada 89104
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Kenneth Hall*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH HALL,<br><br>Defendant. | 2:18-cr-00170-APG-DJA<br><br>**ORDER CONTINUING SENTENCING DATE** |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby vacates the current sentencing date of March 19, 2020, and continues the date sixty (60) days, such that the new sentencing date shall be <u>Thursday, June 11, 2020 at 10:00 a.m.</u> in courtroom 6C.

DATED this <u>7th</u> day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE

