WILLIAM H. BROWN (7623)
BROWN MISHLER, PLLC
330 E. Charleston Blvd., Suite 100
Las Vegas, Nevada 89104
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Kenneth Hall*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH HALL,<br><br>Defendant. | 2:18-cr-00170-APG-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and William H. Brown, Esq., of BROWN MISHLER, PLLC, counsel for defendant Kenneth Hall, that the sentencing hearing currently scheduled for June 10, 2020, at 10:00 a.m., be vacated and continued at least sixty (60) days (to at least August 10, 2020), or alternatively to a subsequent date and time convenient to the Court.

This Stipulation is entered for the following reasons:

1

1. This is the second requested continuance for sentencing.

2. Mr. Hall has a detainer for a companion state case (*State v. Hall*, Docket No. 18CRH000596, currently pending in Henderson Justice Court) that should, and most likely be, dismissed in light of this case. Unless and until that happens, the related detainer will adversely affect Mr. Hall's BOP classification, which, in turn, may result in designation to a higher security facility and/or limit Mr. Hall's access to in-custody rehabilitative ad educational programs.

3. Specifically, it appears that pursuant to BOP Program Statement ("P.S.") 5100.08 Chapter 6 § B and Appendix A, p. 3 (2019), the detainer will result in an additional point for classification purposes.

4. That Mr. Hall not be unnecessarily excluded from BOP educational and rehabilitation programs is important for obvious reasons and also because Mr. Hall will likely be ineligible to participate in the BOP's most effective residential drug treatment program (RDAP) because of a two-level sentencing enhancement for possession of a firearm. *See* P.S. 5162.05(4)(b) & (d); *see also, Grassi v. Hood*, 251 F.3d 1218, 1221 (9th Cir.), *amended on reh'g en banc*, 260 F.3d 1158 (9th Cir. 2001) (BOP has discretionary authority to categorically exclude prisoners who receive a two-point (gun) sentencing enhancement). This likely exclusion from RDAP makes Mr. Hall's access to other BOP programs all the more important.

5. Mr. Hall only recently discovered this detainer, and defense counsel is currently coordinating with Mr. Hall's state public defender to resolve the detainer issue but seeks more time to secure a lifting of the detainer.

6. Separately, Mr. Hall prefers an in-person sentencing without masks, after an opportunity to consult and prepare with his counsel in person for the sentencing and is willing to wait until prudent safety measures would allow that to happen without unnecessary risk to any of the parties.

7. The government does not believe that on balance the interests of justice would be harmed by a continuance to accommodate Mr. Hall's preference. Should conditions permit an earlier sentencing, the government will not oppose a request by Mr. Hall to advance his sentencing.

8. Therefore, both to allow sufficient time to remedy the detainer issue, and to allow Mr. Hall to personally appear and to allow him to confer with his counsel in person beforehand, the parties seek a continuance of at least 60 days.

9. Defendant is in custody and does not object to the need to continue sentencing.

10. The government agrees to the requested continuance.

This is the second request for a continuance of sentencing.

Date: May 21, 2020

| Counsel for KENNETH HALL | NICHOLAS A. TRUTANICH |
| --- | --- |
| | United States Attorney |
| /s/ *William Brown* | /s/ *Daniel J. Cowhig* |
| WILLIAM H. BROWN | DANIEL J. COWHIG |
| BROWN MISHLER, PLLC | Assistant United States Attorney |

WILLIAM H. BROWN (7623)
BROWN MISHLER, PLLC
330 E. Charleston Blvd., Suite 100
Las Vegas, Nevada 89104
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Kenneth Hall*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, | 2:18-cr-00170-APG-DJA |
| Plaintiff, | **ORDER CONTINUING SENTENCING DATE** |
| vs. | |
| KENNETH HALL, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby vacates the current sentencing date of June 10, 2020, and continues the date, such that the new sentencing date shall be August 19, 2020 at 2:00 p.m. in Courtroom 6C.

DATED this 21st day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE

5