WILLIAM H. BROWN (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Kenneth Hall*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH HALL,<br><br>Defendant. | 2:18-cr-00170-APG-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>**(Third Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and William H. Brown, Esq., of BROWN MISHLER, PLLC, counsel for defendant Kenneth Hall, that the sentencing hearing currently scheduled for August 26, 2020, at 4:00 p.m., be vacated and continued at least sixty (60) days (to at least October 26, 2020), or alternatively to a subsequent date and time convenient to the Court.

This Stipulation is entered for the following reasons:

1

1. This is the third requested continuance for sentencing.

2. Mr. Hall prefers an in-person sentencing without masks, after an opportunity to consult and prepare with his counsel in person for the sentencing and is willing to wait until prudent safety measures would allow that to happen without unnecessary risk to any of the parties.

3. Additionally, Mr. Hall's father and stepmother desire to personally appear at Mr. Hall's sentencing from out of state (New Mexico). However, with the current sentencing date that will exact personal and economic hardship on them because, after leaving New Mexico they will be subject to a mandatory 14-day quarantine upon return, which will, among other things, prevent both of them from working for a period of two weeks. They are not in a position to absorb the resulting lack of wages in addition to the expenses associated with traveling to Las Vegas.

4. The government does not believe that on balance the interests of justice would be harmed by a continuance to accommodate Mr. Hall's preference, and in light of the hardships his father would currently face from appearing at Mr. Hall's sentencing. Should conditions permit an earlier sentencing, the government will not oppose a request by Mr. Hall to advance his sentencing.

5. Therefore, to allow Mr. Hall to personally appear and to allow him to confer with his counsel in person beforehand; and to accommodate the

hardships that his father and stepmother would otherwise face, the parties seek a continuance of at least 60 days.

6. Defendant is in custody and does not object to the need to continue sentencing.

7. The government agrees to the requested continuance.

This is the third request for a continuance of sentencing.

Date: August 13, 2020

| Counsel for KENNETH HALL | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| /s/ *William Brown*<br>WILLIAM H. BROWN<br>BROWN MISHLER, PLLC | /s/ *Daniel J. Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

WILLIAM H. BROWN (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Kenneth Hall*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, | 2:18-cr-00170-APG-DJA |
| Plaintiff, | **ORDER CONTINUING SENTENCING DATE** |
| vs. | |
| KENNETH HALL, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby vacates the current sentencing date of August 26, 2020, and continues the date, such that the new sentencing date shall be continued to October 28, 2020 at 2:00 p.m. in Las Vegas Courtroom 6C.

DATED this 17th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE

4