WILLIAM H. BROWN (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Kenneth Hall*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERCIA, | 2:18-cr-00170-APG-DJA |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING** |
| vs. | |
| KENNETH HALL, | **(Fourth Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and William H. Brown, Esq., of BROWN MISHLER, PLLC, counsel for defendant Kenneth Hall, that the sentencing hearing currently scheduled for October 28, 2020, at 2:00 p.m., be vacated and continued at least sixty (60) days (to at least December 28, 2020), or alternatively to a subsequent date and time convenient to the Court.

This Stipulation is entered for the following reasons:

1

1. This is the fourth requested continuance for sentencing.

2. Mr. Hall prefers an in-person sentencing without masks, after an opportunity to consult and prepare with his counsel in person for the sentencing and is willing to wait until prudent safety measures would allow that to happen without unnecessary risk to any of the parties.

3. The government does not believe that on balance the interests of justice would be harmed by a continuance to accommodate Mr. Hall's preference. Should conditions permit an earlier sentencing, the government will not oppose a request by Mr. Hall to advance his sentencing.

4. Therefore, to allow Mr. Hall to personally appear and to allow him to confer with his counsel in person beforehand, the parties seek a continuance of at least 60 days.

5. Defendant is in custody and does not object to the need to continue sentencing.

6. The government agrees to the requested continuance.

This is the fourth request for a continuance of sentencing.

Date: October 7, 2020

| Counsel for KENNETH HALL | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| /s/ *William Brown*<br>WILLIAM H. BROWN<br>BROWN MISHLER, PLLC | /s/ *Daniel J. Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

WILLIAM H. BROWN (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Kenneth Hall*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA, | 2:18-cr-00170-APG-DJA |
| Plaintiff, | **ORDER CONTINUING SENTENCING DATE** |
| vs. | |
| KENNETH HALL, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby vacates the current sentencing date of October 28, 2020, and continues the date, such that the new sentencing date shall be January 6, 2021 at 1:00 p.m. in courtroom 6C.

DATED this 8th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE

3