WILLIAM H. BROWN (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Kenneth Hall*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH HALL,<br><br>Defendant. | 2:18-cr-00170-APG-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>**(Fifth Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and William H. Brown, Esq., of BROWN MISHLER, PLLC, counsel for defendant Kenneth Hall, that the sentencing hearing currently scheduled for January 6, 2021 at 1:00 p.m., be vacated and continued at least sixty (60) days (to at least March 8, 2021), or alternatively to a subsequent date and time convenient to the Court.

This Stipulation is entered for the following reasons:

1

1. This is the fifth requested continuance for sentencing.

2. On March 30, 2020, the Chief Judge for the District of Nevada entered Temporary General Order 2020-05, regarding Authorization for Video and Teleconferencing Under the CARES Act and The Exigent Circumstances Created By COVID-19 And Related Coronavirus (hereinafter "General Order"), effective for a period of 90 days. On September 25, 2020, the General Order was extended through December 28, 2020.

3. The General Order addresses the material effect upon the functioning of the Court brought on by the current state of emergency arising from the COVID-19 and Coronavirus pandemic. The General Order finds, among other things, that for the duration of the General Order, in-person Rule 32 felony sentencing hearings cannot be conducted in the District of Nevada without seriously jeopardizing public health and safety. The General Order further provides that Rule 32 sentencing hearings may, with the consent of the defendant (upon advice of counsel), proceed by video or teleconference in individual cases, provided that the presiding Court specifically finds that to delay the matter further will cause serious harm to the interests of justice. *See also* CARES Act, H.R. 748, Public Law No. 116-136. Given the rising numbers of COVID-19 infections within the United States in general, and in Nevada in particular, the parties do not anticipate that the effects of the current pandemic will be sufficiently mitigated to

2

permit in-person hearings by the time of the current setting without creating undue risk to the health of the courtroom participants. Moreover, given the disturbing trend of infections (and the Governor's resultant one-month extension of the "pause" through January 15, 2021), it is unlikely that there will be sufficient mitigation of these risks in less than 60 days from January 6, 2021.

4. Mr. Hall prefers an in-person sentencing without masks, after an opportunity to consult and prepare with his counsel in person for the sentencing and is willing to wait until prudent safety measures would allow that to happen without unnecessary risk to any of the parties.

5. The government does not believe that on balance the interests of justice would be harmed by a continuance to accommodate Mr. Hall's preference. Should conditions permit an earlier sentencing, the government will not oppose a request by Mr. Hall to advance his sentencing.

6. Therefore, to allow Mr. Hall to personally appear and to allow him to confer with his counsel in person beforehand, the parties seek a continuance of at least 60 days from the present setting (January 6, 2021).

7. Defendant is in custody and does not object to the need to continue sentencing.

8. The government agrees to the requested continuance.

This is the fifth request for a continuance of sentencing.

Date: December 16, 2020

| Counsel for KENNETH HALL | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| /s/ *William Brown*<br>WILLIAM H. BROWN<br>BROWN MISHLER, PLLC | /s/ *Daniel J. Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

4

WILLIAM H. BROWN (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Kenneth Hall*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>KENNETH HALL,<br><br>　　　　　　　Defendant. | 2:18-cr-00170-APG-DJA<br><br>**ORDER CONTINUING SENTENCING DATE** |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby vacates the current sentencing date of January 6, 2021 and continues the date, such that the new sentencing date shall be March 24, 2021 at 2:00 p.m. in Courtroom 6C.

DATED this 16th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE

5