WILLIAM H. BROWN (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Kenneth Hall*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH HALL,<br><br>Defendant. | 2:18-cr-00170-APG-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>**(Sixth Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and William H. Brown, Esq., of BROWN MISHLER, PLLC, counsel for defendant Kenneth Hall, that the sentencing hearing currently scheduled for March 24, 2021 at 2:00 p.m., be vacated and continued at least ninety (90) days (to at least June 24, 2021), or alternatively to a subsequent date and time convenient to the Court.

This Stipulation is entered for the following reasons:

1

1. This is the sixth requested continuance for sentencing.

2. The parties do not anticipate that the effects of the current pandemic will be sufficiently mitigated to permit in-person hearings by the time of the current setting without creating undue risk to the health of the courtroom participants. Mr. Hall anticipates that his grandmother will travel from South Carolina for his sentencing and given her age and the risks associated with travel, a continued sentencing date would minimize the risks to her health. His father likewise anticipates traveling from New Mexico to attend sentencing and, his health is a concern as well. It seems unlikely that there will be sufficient mitigation of these risks in less than 90 days from March 24, 2021.

3. Mr. Hall prefers an in-person sentencing without masks, after an opportunity to consult and prepare with his counsel in person for the sentencing and is willing to wait until prudent safety measures would allow that to happen without unnecessary risk to any of the parties.

4. The government does not believe that on balance the interests of justice would be harmed by a continuance to accommodate Mr. Hall's preference. Should conditions permit an earlier sentencing, the government will not oppose a request by Mr. Hall to advance his sentencing.

5. Therefore, to allow Mr. Hall to personally appear and to allow him to confer with his counsel in person beforehand, the parties seek a continuance of at least 90 days from the present setting (March 24, 2021).

6. Defendant is in custody and does not object to the need to continue sentencing.

7. The government agrees to the requested continuance.

This is the sixth request for a continuance of sentencing.

Date: February 18, 2021

| Counsel for KENNETH HALL | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| /s/ *William Brown*<br>WILLIAM H. BROWN<br>BROWN MISHLER, PLLC | /s/ *Daniel J. Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

WILLIAM H. BROWN (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Kenneth Hall*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERCIA, | 2:18-cr-00170-APG-DJA |
|---|---|
| Plaintiff, | **ORDER CONTINUING SENTENCING DATE** |
| vs. | |
| KENNETH HALL, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby vacates the current sentencing date of March 24, 2021 and continues the date, such that the new sentencing date shall be Wednesday, July 7, 2021 at 1:00 p.m. in Las Vegas courtroom 6C.

DATED this 18th day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE

4