1  WILLIAM H. BROWN, ESQ. (7623)
   BROWN MISHLER, PLLC
2  911 N. Buffalo Dr., Ste. 202
3  Las Vegas, Nevada 89128
   Tel: (702) 816-2200
4  Email: WBrown@BrownMishler.com
5  *Attorney for Defendant*
   *Kenneth Hall*
6

7              UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA
8

9  UNITED STATES OF AMERCIA,              2:18-cr-00170-APG-PAL

10                      Plaintiff,        **STIPULATION TO CONTINUE
                                          INITIAL ARRAINGMENT ON
11  vs.                                   PETITION TO MODIFY
                                          SUPERVISED RELEASE
12  KENNETH HALL,                         CONDITIONS**

13                      Defendant.        **(First Request)**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                           1

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and William H. Brown, Esq., of BROWN MISHLER, PLLC counsel for defendant Kenneth Hall, that the initial arraignment on petition to modify supervised release conditions currently scheduled for April 8, 2025 at 2:30 p.m., be vacated and continued to April 10, 2025, at 2:30 p.m., or alternatively to a date and time convenient to the court.

Date: April 4, 2025

Counsel for KENNETH HALL                     SIGAL CHATTAH
                                             United States Attorney

/s/ *William Brown*                          /s/ *Daniel J. Cowhig*
WILLIAM H. BROWN                             DANIEL J. COWHIG
BROWN MISHLER, PLLC                          Assistant United States Attorney

2

1  WILLIAM H. BROWN, ESQ. (7623)
   BROWN MISHLER, PLLC
2  911 N. Buffalo Dr., Ste. 202
   Las Vegas, Nevada 89128
3  Tel: (702) 816-2200
4  Email: WBrown@BrownMishler.com
5  *Attorney for Defendant*
   *Kenneth Hall*
6

7              UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
8

9  UNITED STATES OF AMERCIA,          2:18-cr-00170-APG-PAL

10                  Plaintiff,        **PROPOSED ORDER
                                      CONTINUING INITIAL
11  vs.                               ARRAINGMENT ON PETITION
                                      TO MODIFY SUPERVISED
12  KENNETH HALL,                     RELEASE CONDITIONS**

13                  Defendant.
14

15

16        Based on the pending stipulation of counsel, and good cause appearing

17  therefore, the Court orders that the initial arraignment on petition to modify

18  supervised release conditions currently scheduled for April 8, 2025, at 2:30

20  p.m., be vacated and continued to **April 10, 2025, at 2:30 p.m.**

21

22

23        Dated: April 4, 2025        _____

24                                    UNITED STATES
                                      MAGISTRATE JUDGE
25

26

27

28

                              3