Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Heidi_Ojeda@fd.org

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | Case No. 2:18-cr-00170-APG-DJA |
| Plaintiff, | **Motion Seeking Leave to File Defendant's Financial Affidavit Under Seal** |
| v. | |
| Kenneth Hall, | |
| Defendant. | |

Comes now, the Defendant Kenneth Hall, by and through his counsel, Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Federal, files this Motion Seeking Leave to File Mr. Hall's Financial Affidavit Under Seal Pursuant to Local Rule 10-5. Mr. Hall seeks to file the financial affidavit under seal because it discloses his full financial information.

/ / /

/ / /

/ / /

For the reasons set forth above, Mr. Hall respectfully requests the Court allow him leave to file the financial affidavit under seal in order to substantively support his motion for appointment of counsel.

DATED: May 15, 2025.

> Respectfully submitted,
> Rene L. Valladares
> Federal Public Defender
>
> By:  /s/ *Heidi A. Ojeda*
> Heidi A. Ojeda
> Assistant Federal Public Defender

**ORDER**

IT IS SO ORDERED.

Dated: June 12, 2025

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE